UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                    Case No. 2:24-cr-20

v.

                                    Hon. Hala Y. Jarbou

MADISSON LEAH TIKKANEN,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 23, 2025, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that that the guilty plea of Madisson Leah Tikkanen as to Count 1 of the Indictment be accepted.  (R&R, ECF No. 40.)  The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on May 7, 2025.  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1.    The R&R (ECF No. 40) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2.    Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3.    The amended written plea agreement (ECF No. 38) is hereby continued under advisement pending sentencing.

Dated: May 13, 2025                   /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE